SECOND DEPARTMENT, MARCH, 1962*

(March 12, 1962)

CLIFFORD KING et al., Respondents, v. AMERICAN HOME SALES CORP., Appellant, et al., Defendant

---

* Decision, originally published in 15 A D 2d 932, reprinted to indicate deletion of the word "not" in the sentence beginning "Under such circumstances, even though purchase money mortgages in amounts higher than originally contemplated did [not] eventuate" (see lines 11 and 12 from bottom).— [Rep.

1096

Beldock, P. J., Christ, Hill, Rabin and Hopkins, JJ., concur.